UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:13-CV-00384-LY |
| | § | |
| ANDREW T. AND BELINDA J. | § | |
| MEAGHER AND | § | |
| CITIMORTGAGE, INC. | § | |
| DEFENDANTS | § | |

### DEFENDANTS ANDREW T. AND BELINDA J. MEAGHER'S ORIGINAL ANSWER TO THE UNITED STATES OF AMERICA'S COMPLAINT

**COME NOW,** Andrew T. and Belinda J. Meagher, Defendants in the above-captioned and numbered proceeding, and files this their Defendants Andrew T. and Belinda J. Meagher's Original Answer to the United States of America's Complaint, and would respectfully show the Court as follows:

1. Admit.

2. Admit.

3. Admit

4. Admit

5. Admit

6. Admit

7. Admit.

8. Deny.

9. Deny.

10. Deny.

11.     Paragraph #11 does not contain factual allegations requiring admission or Denial; however, to the extent that Paragraph #11 does contain factual allegations requiring admission or denial, Defendants deny.

12.     Paragraph #12 does not contain factual allegations requiring admission or Denial; however, to the extent that Paragraph #12 does contain factual allegations requiring admission or denial, Defendants deny.

13.     Admit.

14.     Paragraph #14 does not contain factual allegations requiring admission or denial.

15.     Deny.

16.     Paragraph #16 does not contain factual allegations requiring admission or Denial; however, to the extent that Paragraph #16 does contain factual allegations requiring admission or denial, Defendants deny.

17.     Deny.

WHEREFORE PREMISES CONSIDERED, the Defendants, Andrew T. and Belinda J. Meagher, pray that this Court enter an order denying the relief sought by Plaintiff and for such further relief as this Court may deem just and proper.

Dated: July 17, 2013                                Respectfully Submitted,

                                                     THE SCHULTZ LAW FIRM PC

                                                     /s/ STEPHEN MATTHEW SCHULTZ
Stephen Matthew Schultz
Texas Bar Number 24025638
The Scarbrough Building, Suite 716
101 West Sixth Street
Austin, Texas 78701
Telephone: (512) 472-7792
Facsimile: (512) 472-7784
Electronic Mail: stephen@tslf.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Defendants Andrew T. and Belinda J. Meagher's Original Answer to the United States of America's Complaint was served via the court's ECF noticing system and United States Postal Service, first class mail, postage prepaid, to the Parties in Interest listed below on July 17, 2013.

                                                     /s/ STEPHEN MATTHEW SCHULTZ
Stephen Matthew Schultz

Stephanie M. Page
Attorney, Tax Division
State Bar. No. 13428240
Department of Justice
717 North Harwood, Suite 400
Dallas, Texas 75201
Telephone: (214) 880-9749
Facsimile: (214) 880-9742
E-mail: Stephanie.M.Page@USDOJ.gov